Keiser, Appellant, v. Judicial Inquiry and
Review Board.

Argued May 5, 1971. Before BELL, C. J., EAGEN,
O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

572

*Stanford Shmukler,* with him *Morton Witkin,* for appellant.

*Peter W. Brown,* Assistant Attorney General, with him *J. Shane Creamer,* Attorney General, for appellees.

OPINION PER CURIAM, June 28, 1971:
Appeal dismissed.
Mr. Justice JONES took no part in the consideration or decision of this case.